**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Thomas Probst** | ) | **CASE NO. 1:04 CV 02461** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **City of Strongsville,** | ) | |
| **Curtiss Fields, and** | ) | **Judgment Entry** |
| **Mark Stepanovich** | ) | |
| | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order GRANTING Defendants' Motion for Summary Judgment (Doc. 17), hereby enters judgment in favor of defendants City of Strongsville, Curtiss Fields and Mark Stepanovich and against plaintiff Thomas Probst.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 11/22/05

1